1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

6 | Attorney for Defendant
MARTIN RAMOS-MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00308 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| MARTIN RAMOS-MAGANA, | ) ) | Date:  October 12, 2010 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Ramos-Magana, that the hearing currently set for August 30, 2010, **may be rescheduled to October 12, 2010 at 9:00 a.m.**

On August 2, 2010, Defendant was arraigned by Judge Drozd in Sacramento on an indictment alleging a violation of 8 U.S.C. §1326(a). Initial discovery was provided by the government on August 20, 2010. Both parties agree that this case is appropriate for Fast-Track consideration. Accordingly, the parties are asking the Court to set a date approximately eight weeks out to allow the Probation Office time to complete a Presentence Investigation Report, and specifically, the parties are asking the Court to set the matter for a status conference on October 12, 2010.  The requested continuance will conserve time and resources for both counsel and the court.

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(I) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: August 26, 2010

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: August 26, 2010

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
Martin Ramos-Magana

IT IS SO ORDERED.

**Dated:   August 26, 2010**          /s/ **Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE