DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN RAMOS-MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00308 OWW |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| MARTIN RAMOS-MAGANA, | |
| Defendant. | Date: September 20, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Ramos-Magana, that the hearing currently set for October 12, 2010, **may be advanced and rescheduled to September 20, 2010 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on September 20, 2010. The requested advancement will conserve time and resources for both counsel and the court.

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: September 16, 2010 | /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: September 16, 2010 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Martin Ramos-Magana |

IT IS SO ORDERED.

**Dated:   September 16, 2010**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

RAMOS-MAGANA: Stipulation to Continue Status
Conference Hearing; Order                    −2−