DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN RAMOS-MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00308 OWW |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| MARTIN RAMOS-MAGANA, | |
| Defendant. | |

The above named defendant having been arrested on July 15, 2010 and sentenced to Two Months on September 20, 2010, has completed his term of imprisonment.

**IT IS HEREBY ORDERED** that the defendant shall be released forthwith, subject to any Immigration hold. A certified Judgement and Commitment order to follow.

**ORDER**

**IT IS SO ORDERED.**

DATED: September 20, 2010

                                             /s/ OLIVER W. WANGER

                                             United States District Court
                                             Eastern District of California